AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*    DISTRICT OF   NEVADA

KATHLEEN KERWIN,

     Plaintiff,    JUDGMENT IN A CIVIL CASE

V.

                         CASE NUMBER: **3:08-cv-00351-ECR-VPC**

ADVANTA BANK CORP. and MINDIE EMERTSON, Account Specialist,

     Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** Defendants' Motion to Dismiss (#15) is **GRANTED.**


   March 3, 2009                                             **LANCE S. WILSON**
                                                                    Clerk


                                                                          /s/ D. R. Morgan
                                                                        Deputy Clerk